**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Blake Jason Ferry** |
| | First Name　　　　　Middle Name　　　　　Last Name |
| Debtor 2 | **Stephanie Kay Ferry** |
| (Spouse if, filing) | First Name　　　　　Middle Name　　　　　Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **26-11354** |

■ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information　　12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

**Part 1:　Summarize Your Assets**

| | **Your assets** <br> Value of what you own |
|---|---|
| 1.　**Schedule A/B: Property** (Official Form 106A/B) <br> 1a. Copy line 55, Total real estate, from Schedule A/B................................................................ | $　　　0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................................... | $　　84,186.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B.............................................................. | $　　84,186.00 |

**Part 2:　Summarize Your Liabilities**

| | **Your liabilities** <br> Amount you owe |
|---|---|
| 2.　*Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) <br> 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $　　105,764.68 |
| 3.　*Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) <br> 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $　　175,000.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $　　5,640,521.33 |
| **Your total liabilities** | $　　5,921,286.01 |

**Part 3:　Summarize Your Income and Expenses**

| | |
|---|---|
| 4.　*Schedule I: Your Income* (Official Form 106I) <br> Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $　　7,000.00 |
| 5.　*Schedule J: Your Expenses* (Official Form 106J) <br> Copy your monthly expenses from line 22c of *Schedule J*.......................................................................... | $　　7,045.00 |

**Part 4:　Answer These Questions for Administrative and Statistical Records**

6.　**Are you filing for bankruptcy under Chapters 7, 11, or 13?**

　　☐　No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

　　■　Yes

7.　**What kind of debt do you have?**

　　☐　**Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

　　■　**Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                                    Case number *(if known)* **26-11354**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Blake Jason Ferry** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Stephanie Kay Ferry** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number    **26-11354**

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                          12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.

   ☐ Yes.  Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

| 3.1 | Make: **Lincoln** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|
| | Model: **Navigator** | ■ Debtor 1 only | |
| | Year: **2023** | ☐ Debtor 2 only | |
| | Approximate mileage: **54,000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |

Current value of the entire property?    Current value of the portion you own?

Other information: **Vehicle:**

☐ **Check if this is community property** (see instructions)

$40,475.00      $40,475.00

| 3.2 | Make: **Audi** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|
| | Model: **S4** | ☐ Debtor 1 only | |
| | Year: **2023** | ■ Debtor 2 only | |
| | Approximate mileage: **35000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |

Current value of the entire property?    Current value of the portion you own?

☐ **Check if this is community property** (see instructions)

$39,000.00      $39,000.00

| Debtor 1 | **Blake Jason Ferry** | | |
|---|---|---|---|
| Debtor 2 | **Stephanie Kay Ferry** | Case number *(if known)* | **26-11354** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No

   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>**

   **$79,475.00**

| Part 3: | Describe Your Personal and  Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Household furnishings remaining | $1,500.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| Cell Phones | $500.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| Clothes: Misc Clothes | $2,500.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes.  Describe.....

| Debtor 1 | **Blake Jason Ferry** | | |
|---|---|---|---|
| Debtor 2 | **Stephanie Kay Ferry** | Case number *(if known)* | **26-11354** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14.  **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................**  **$4,500.00**

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes...........................................................................................................

17.  **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................                Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Checking Account: Bank of America #0932** | **$10.00** |
| 17.2. | **Checking** | **Venmo - Acct Frozen after Creditor Garnishment** | **$0.00** |
| 17.3. | **Checking** | **PayPal - Acct. Frozen after Creditor Garnishment** | **$0.00** |
| 17.4. | **Savings** | **PayPal** | **$5.00** |
| 17.5. | **Money Market** | **Lexicon Bank** | **$196.00** |

18.  **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................                Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................
    Name of entity:                                % of ownership:

| | | |
|---|---|---|
| **Collective Industries, LLC - Has not done business since Nov. 2025 which was the only event in 2025. Lost money on the event.** | **100** % | **Unknown** |

| Debtor 1 | **Blake Jason Ferry** | | |
|---|---|---|---|
| Debtor 2 | **Stephanie Kay Ferry** | Case number *(if known)* | **26-11354** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                                    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                        Type of account:            Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ......................                Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............            Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............            Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
             benefits; unpaid loans you made to someone else
    ■ No

Debtor 1    **Blake Jason Ferry**
Debtor 2    **Stephanie Kay Ferry**                                    Case number *(if known)*  **26-11354**

☐ Yes.  Give specific information..

31.  **Interests in insurance policies**
      *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

      ■ No

      ☐ Yes. Name the insurance company of each policy and list its value.
              Company name:                              Beneficiary:                    Surrender or refund
                                                                                          value:

32.  **Any interest in property that is due you from someone who has died**
      If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

      ■ No

      ☐ Yes.  Give specific information..

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
      *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

      ☐ No

      ■ Yes.  Describe each claim.........

| | |
|---|---:|
| **Counterclaims and Third-Party claims against Ahern Rentals, Inc, 300 West Sahara , LLC, Don Ahern, etc. Case A-20-819524-C in Disctrict Court, Clark County, NV, Attorney for Debtor: Craig A. Marquiz, Esq., Marquiz Law Office, P.C., 1533 Teramo Street, Henderson, NV 89052: ph: 702-263-5533** | **$0.00** |
| **Claims against 300 W. Sahara, LLC, and Don Ahern in case # A-21-845707-C in Disctrict Court, Clark County, NV, Attorney for Debtor: Craig A. Marquiz, Esq., Marquiz Law Office, P.C., 1533 Teramo Street, Henderson, NV 89052: ph: 702-263-5533** | **$0.00** |
| **Counterclaims agaisnt Terence O'Reilly in Case #A-22-862576-C Disctrict Court, Clark County, NV, Attorney for Debtor: Craig A. Marquiz, Esq., Marquiz Law Office, P.C., 1533 Teramo Street, Henderson, NV 89052: ph: 702-263-5533** | **$0.00** |

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

      ■ No

      ☐ Yes.  Describe each claim.........

35.  **Any financial assets you did not already list**

      ■ No

      ☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here......................................................................................................................**          **$211.00**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37.  **Do you own or have any legal or equitable interest in any business-related property?**

      ■ No. Go to Part 6.

      ☐ Yes.  Go to line 38.

Official Form 106A/B                    Schedule A/B: Property                                    page 5

Debtor 1    **Blake Jason Ferry**
Debtor 2    **Stephanie Kay Ferry**                    Case number *(if known)*    **26-11354**

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

☒ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................  | **$0.00** |

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ........................................................................................................................... | **$0.00** |

56. **Part 2: Total vehicles, line 5**    $79,475.00

57. **Part 3: Total personal and household items, line 15**    $4,500.00

58. **Part 4: Total financial assets, line 36**    $211.00

59. **Part 5: Total business-related property, line 45**    $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00

61. **Part 7: Total other property not listed, line 54**    +    $0.00

62. **Total personal property.** Add lines 56 through 61...    **$84,186.00**    Copy personal property total    **$84,186.00**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62    | **$84,186.00** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Blake Jason Ferry** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Stephanie Kay Ferry** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **26-11354** |
| (if known) | |

■ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt                4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:      Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Household furnishings remaining** Line from *Schedule A/B*: **6.1** | $1,500.00 | ■ $1,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Cell Phones** Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Clothes: Misc Clothes** Line from *Schedule A/B*: **11.1** | $2,500.00 | ☐  ■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Checking: Checking Account: Bank of America #0932** Line from *Schedule A/B*: **17.1** | $10.00 | ■ $10.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Checking: Venmo - Acct Frozen after Creditor Garnishment** Line from *Schedule A/B*: **17.2** | $0.00 | ■ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |

| Debtor 1 | **Blake Jason Ferry** | | | |
| Debtor 2 | **Stephanie Kay Ferry** | | Case number (if known) | **26-11354** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Checking: PayPal - Acct. Frozen after Creditor Garnishment**<br>Line from *Schedule A/B*: **17.3** | **$0.00** | ■ | **100%** | **Nev. Rev. Stat. § 21.090(1)(g)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Savings: PayPal**<br>Line from *Schedule A/B*: **17.4** | **$5.00** | ■ | **$5.00** | **Nev. Rev. Stat. § 21.090(1)(g)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Money Market: Lexicon Bank**<br>Line from *Schedule A/B*: **17.5** | **$196.00** | ■ | **$196.00** | **Nev. Rev. Stat. § 21.090(1)(g)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Collective Industries, LLC - Has not done business since Nov. 2025 which was the only event in 2025. Lost money on the event.**<br>**100 % ownership**<br>Line from *Schedule A/B*: **19.1** | **Unknown** | ☐ | | **NRS?§ 86.401 Limited to charging order against member's economic interest (LLC)** |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

■   No

☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐   No

☐   Yes

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 2 of 2

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Blake Jason Ferry** | | | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Stephanie Kay Ferry** | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number    **26-11354**
(if known)

■ Check if this is an
amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:      List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|
| | $56,684.00 | $39,000.00 | $17,684.00 |

**2.1   Volkswagen Credit, Inc**
Creditor's Name

**Attn: Bankruptcy
1401 Franklin Blvd.
Libertyville, IL 60048**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
community debt**

**Describe the property that secures the claim:**

**2023 Audi S4 35000 miles**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **Opened
9/19/23
Last Active
12/20/24**        Last 4 digits of account number    **0846**

Debtor 1  **Blake Jason Ferry**
First Name  Middle Name  Last Name

Case number (if known)  **26-11354**

Debtor 2  **Stephanie Kay Ferry**
First Name  Middle Name  Last Name

| 2.2 | **VW CREDIT** | Describe the property that secures the claim: | $49,080.68 | $40,475.00 | $8,605.68 |
|---|---|---|---|---|---|

Creditor's Name

**2023 Lincoln Navigator 54,000 miles
Vehicle:**

**P.O. Box 3
Hillsboro, OR 97123**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **07/11/2023**    Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $105,764.68 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $105,764.68 |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Blake Jason Ferry** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Stephanie Kay Ferry** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **26-11354** |

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:      List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 **Internal Revenue Services** | Last 4 digits of account number _____ | **$175,000.00** | **$0.00** | **$175,000.00** |

Priority Creditor's Name
**Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**Unpaid Taxes**

Debtor 1  **Blake Jason Ferry**

Debtor 2  **Stephanie Kay Ferry**

Case number (if known)  **26-11354**

| 2.2 | **Nevada Department of Taxation** | |
|---|---|---|

Priority Creditor's Name

**1550 College Parkway**
**Suite 115**
**Carson City, NV 89706-7937**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____  ___Unknown___  ___Unknown___  ___Unknown___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**Unpaid Sales Tax**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| 4.1 | **Aargon Agency Inc** | |
|---|---|---|

Nonpriority Creditor's Name

**8668 Spring Mountain Rd**
**Las Vegas, NV 89117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Collection Account Re:** _____

---

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                              Case number (if known)   **26-11354**

---

| 4.2 | **Afinda Payroll** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**600 La Terraza Blvd. 277**
**Escondido, CA 92025**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 | **Aldridge Pite, LLP** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**3525 Piedmont Rd. 700**
**Atlanta, GA 30305**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 | **Ally Bank** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**PO Box 380901**
**Minneapolis, MN 55438**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                                    Case number (if known)   **26-11354**

| 4.5 | **American Express** | Last 4 digits of account number | **6005** | **$127,103.00** |

Nonpriority Creditor's Name
**P.O. Box 981535**
**El Paso, TX 79998**

When was the debt incurred?   **08/9/2021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                    ☐ Contingent

☐ Debtor 2 only                                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                       ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify   **Business Debt**

---

| 4.6 | **American Express Travel Related Services** | Last 4 digits of account number | **4213** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 981537**                                  When was the debt incurred?   **Opened 10/23  Last Active 08/24**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                    ☐ Contingent

☐ Debtor 2 only                                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                       ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify   **Unsecured**

---

| 4.7 | **Amex** | Last 4 digits of account number | **1513** | **$127,103.00** |

Nonpriority Creditor's Name
**CorrespondenceBankruptcy**
**Po Box 981535**                                  When was the debt incurred?   **Opened 02/22  Last Active 2/15/26**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                    ☐ Contingent

☐ Debtor 2 only                                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                       ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify   **Credit Card**

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                                            Case number (if known)   **26-11354**

| 4.8 | **Amrize Southwest Inc.** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**Womble Bond Dickinson LLP
c/o Ogonna W. Brown, Esq.
3993 Howard Hughes Pkwy. #600
Las Vegas, NV 89169**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.9 | **Anixter Inc.** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**6180 S. Pearl St, D
Las Vegas, NV 89120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.10 | **Austin Capital Bank** | Last 4 digits of account number  **H944** | | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept
8100 Shoal Creek Blvd, Ste 100
Austin, TX 78757**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **Opened 12/23  Last Active 3/10/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Line Secured**

---

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                          Case number (if known)    **26-11354**

---

**4.1 1**

**Austin Capital Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
**8100 Shoal Creek Blvd, Ste 100**
**Austin, TX 78757**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **7398**                          $0.00

**When was the debt incurred?**   **Opened 03/24  Last Active 3/10/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Secured**

---

**4.1 2**

**Austin Capital Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
**8100 Shoal Creek Blvd, Ste 100**
**Austin, TX 78757**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3439**                          $0.00

**When was the debt incurred?**   **Opened 12/23  Last Active 3/10/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Secured**

---

**4.1 3**

**Bank of America**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O.Box 15019**
**Wilmington, DE 19886**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4799**                          $15,289.00

**When was the debt incurred?**   **Opened 04/24  Last Active 01/26**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| Debtor 1 | **Blake Jason Ferry** | | |
|---|---|---|---|
| Debtor 2 | **Stephanie Kay Ferry** | Case number (if known) | **26-11354** |

**4.14**

**Bank of America**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Nc4-105-03-14 Pob 26012**
**Greensboro, NC 27410**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **5809**                                   $0.00

When was the debt incurred?   **Opened 01/21  Last Active 11/23/22**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Automobile**

---

**4.15**

**Barclays Bank Delaware**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 8801**
**Wilmington, DE 19899**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2433**                                   $3,865.00

When was the debt incurred?   **Opened  8/04/16  Last Active 1/03/26**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

**4.16**

**Bendernator, LLC**
Nonpriority Creditor's Name
**c/o Sagar Raich, Esq.**
**Raigh Law PLLC**
**2280 E. Pama Ln.**
**Las Vegas, NV 89119**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   _____                                   $80,043.30

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Litigation**

---

Debtor 1 **Blake Jason Ferry**
Debtor 2 **Stephanie Kay Ferry**                                       Case number (if known)   **26-11354**

---

**4.17**

**Brian Bonar**

Nonpriority Creditor's Name

**600 La Terraza Blvd.**
**Escondido, CA 92025**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                   **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.18**

**BuilTech LLC**

Nonpriority Creditor's Name

**Nate Budde**
**425 N. Martingale Rd. 1050**
**Schaumburg, IL 60173**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.19**

**Byz Funder**

Nonpriority Creditor's Name

**530 7th Ave floor m1,**
**New York, NY 10018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                   **$174,849.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Default Jugement**

---

Debtor 1 **Blake Jason Ferry**
Debtor 2 **Stephanie Kay Ferry**                      Case number (if known)    **26-11354**

| 4.2 0 | **California Department of Tax and Fee Adm** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**Account Information Group, MIC: 29**
**P.O. Box 942879**
**Sacramento, CA 94279-0029**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 1 | **Cap Specialty** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**1600 Aspen Commons 300**
**Middleton, WI 53562**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 2 | **Capital Bank N.A.** | Last 4 digits of account number | **2253** | **$5,750.00** |

Nonpriority Creditor's Name

**2275 Research Blvd. Ste 600**
**Rockville, MD 20850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 08/20  Last Active 02/26**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry** _____   Case number (if known)   **26-11354** _____

| 4.2 3 | **Capital Bank N.A.** | Last 4 digits of account number | **2261** | $0.00 |

**Capital Bank N.A.**
Nonpriority Creditor's Name

**2275 Research Blvd. Ste 600
Rockville, MD 20850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2261**

**When was the debt incurred?**   **Opened 08/20  Last Active 5/09/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

$0.00

---

| 4.2 4 | **Capital Bank N.A.** | Last 4 digits of account number | **5360** | $0.00 |

**Capital Bank N.A.**
Nonpriority Creditor's Name

**2275 Research Blvd. Ste 600
Rockville, MD 20850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **5360**

**When was the debt incurred?**   **Opened 09/24  Last Active 5/09/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

$0.00

---

| 4.2 5 | **Capital One** | Last 4 digits of account number | **6775** | $5,636.39 |

**Capital One**
Nonpriority Creditor's Name

**P.O. Box 71087
Charlotte, NC 28272**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **6775**

**When was the debt incurred?**   **Date Opened: 07/6/2021 Last Used: 10/19/2025**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

$5,636.39

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**

Case number (if known)  **26-11354**

---

**4.26**

**Capital One**
Nonpriority Creditor's Name
**P.O. Box 71087**
**Charlotte, NC 28272**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**$0.00**

---

**4.27**

**Capital One**
Nonpriority Creditor's Name
**AttN: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **6775**

**When was the debt incurred?**  **Opened 06/20  Last Active 02/26**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

**$5,636.00**

---

**4.28**

**Capital One**
Nonpriority Creditor's Name
**AttN: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **5485**

**When was the debt incurred?**  **Opened 09/22  Last Active 01/26**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

**$5,061.00**

---

Debtor 1 **Blake Jason Ferry**
Debtor 2 **Stephanie Kay Ferry**                    Case number (if known)    **26-11354**

| 4.2 9 | **Capital One** | Last 4 digits of account number | **4902** | $3,219.00 |

Nonpriority Creditor's Name
**AttN: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened  6/25/20  Last Active 12/25**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Credit Card**

| 4.3 0 | **Chase Card Services** | Last 4 digits of account number | **5577** | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15299**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 09/21  Last Active 6/20/25**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Credit Card**

| 4.3 1 | **Christian Angulo** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**4544 Viscante Ln**
**Las Vegas, NV 89130**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                    Case number (if known)   **26-11354**

| 4.3 2 | **Christian Angulo** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**c/o Dept. of Bus & Ind. OLC**
**3340 W. Sahara Ave.**
**Las Vegas, NV 89102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 3 | **Christopher Andrew Creighton** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**2044 Glorieta Ln**
**Las Vegas, NV 89134**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 4 | **Christopher Creighton** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
**c/o Dept. of Bus. & Ind. OLC**
**3340 W. Sahara Ave.**
**NJ 08910-2000**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                                   Case number (if known)   **26-11354**

---

**4.3 5**

**City of Las Vegas**
Nonpriority Creditor's Name
**c/o Mayor Carolyn Goodman**
**495 South Main St.**
**Las Vegas, NV 89101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3 6**

**Codale Electric Supply, Inc.**
Nonpriority Creditor's Name
**5225 West 2400 South**
**Salt Lake City, UT 84120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3 7**

**Comenity Capital/smlegn**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 183003**
**Columbus, OH 43218**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **5656**          **$0.00**

**When was the debt incurred?**   **Opened 05/24  Last Active 5/03/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Debt**

---

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                          Case number (if known)   **26-11354**

| 4.3 8 | **Comenity Capital/smlegn** | Last 4 digits of account number | **8184** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 183003
Columbus, OH 43218**

When was the debt incurred?   **Opened 11/15/17  Last Active 5/01/20**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Charge Account**

---

| 4.3 9 | **Comenity/Alphaeon Visa** | Last 4 digits of account number | **1328** | **$2,350.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218**

When was the debt incurred?   **Opened 01/22  Last Active 07/25**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Charge Account**

---

| 4.4 0 | **Consolidated Elec Dist Inc.** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Peter Dubowsky, Esq.
300 S. Fourth St. 1020
Las Vegas, NV 89101**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify

---

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                                Case number (if known)   **26-11354**

---

**4.4 1**

**Consolidated Electrical Distributors Inc**
Nonpriority Creditor's Name
**c/o NCS Credit**
**729 Miner Rd**
**Cleveland, OH 44143-2117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.4 2**

**Constar Financial Services LLC**
Nonpriority Creditor's Name
**10400 N. 25th Ave., Ste. 100**
**Phoenix, AZ 85021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.4 3**

**Cox Communication**
Nonpriority Creditor's Name
**PO Box 53262**
**Phoenix, AZ 85072**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                          Case number (if known)   **26-11354**

| 4.4 4 | **Craig Marquiz** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred?   _____

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   _____

---

| 4.4 5 | **Cws/cw Nexus** | Last 4 digits of account number   **0434** | **$271.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804**

When was the debt incurred?   **Opened 08/20  Last Active 01/26**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit Line Secured**

---

| 4.4 6 | **Daniel Quintero** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102**

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   _____

---

Debtor 1 **Blake Jason Ferry**
Debtor 2 **Stephanie Kay Ferry**                                    Case number (if known)      **26-11354**

| 4.47 | **Delrada Group** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**600 La Terraza Blvd.**
**Escondido, CA 92025**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.48 | **Dental Quintero** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**461 Rista Way**
**Las Vegas, NV 89110**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.49 | **Discover card** | **Last 4 digits of account number** **5858** | **$0.00** |

Nonpriority Creditor's Name

**Po Box 30939**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 06/20  Last Active 5/08/25**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                                       Case number (if known)   **26-11354**

---

**4.50**

**EZ Cashing, LLC**                                      **Last 4 digits of account number** _____                         **$384,265.36**
Nonpriority Creditor's Name
**110 Avis Ave**                                         **When was the debt incurred?** _____
**Lakewood, NJ 08701**
Number Street City State Zip Code                       **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
                                                        ☐ Contingent
☐ Debtor 2 only
                                                        ☐ Unliquidated
■ Debtor 1 and Debtor 2 only
                                                        ☐ Disputed
☐ At least one of the debtors and another
                                                        **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**            ☐ Student loans
**debt**
                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims

■ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                   ■ Other. Specify   **Creditor, Guaranteed in**
                                                        **Case No.: 8:22-bk-01866-RCT**

---

**4.51**

**FedEx**                                               **Last 4 digits of account number** _____                         **Unknown**
Nonpriority Creditor's Name
**PO Box 371461**                                       **When was the debt incurred?** _____
**Pittsburgh, PA 15250**
Number Street City State Zip Code                       **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
                                                        ☐ Contingent
☐ Debtor 2 only
                                                        ☐ Unliquidated
■ Debtor 1 and Debtor 2 only
                                                        ☐ Disputed
☐ At least one of the debtors and another
                                                        **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**            ☐ Student loans
**debt**
                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims

■ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                   ■ Other. Specify   _____

---

**4.52**

**Folks Hess PLLC**                                     **Last 4 digits of account number** _____                         **Unknown**
Nonpriority Creditor's Name
**Enterprise Bank & Trust**                             **When was the debt incurred?** _____
**1850 N. Central Ave., 1140**
**Phoenix, AZ 85004**
Number Street City State Zip Code                       **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
                                                        ☐ Contingent
☐ Debtor 2 only
                                                        ☐ Unliquidated
■ Debtor 1 and Debtor 2 only
                                                        ☐ Disputed
☐ At least one of the debtors and another
                                                        **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**            ☐ Student loans
**debt**
                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims

■ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                   ■ Other. Specify   _____

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                                    Case number (if known)    **26-11354**

| 4.5 3 | **Ford Motor Credit** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 35915**
**Cleveland, OH 44135**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 4 | **Forman Law Office** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name
**Theodore Forman**
**238 NE 1st Ave.**
**Delray Beach, FL 33444**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 5 | **Francisco Quintero** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name
**5351 Botanical Ave.**
**Las Vegas, NV 89110**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                              Case number (if known)   **26-11354**

---

**4.56**

**Francisco Quintero Osuna**                    Last 4 digits of account number _____                  **Unknown**
Nonpriority Creditor's Name
**c/o Dept. of Bus. & Ind. LLC**               **When was the debt incurred?** _____
**3340 W. Sahara Ave.**
**Las Vegas, NV 89102**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify _____

---

**4.57**

**General Revenue Corporation**                Last 4 digits of account number _____                  **Unknown**
Nonpriority Creditor's Name
**PO Box 49599**                               **When was the debt incurred?** _____
**Cincinnati, OH 45249**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify _____

---

**4.58**

**Greater Commercial Lending**                 Last 4 digits of account number _____                  **Unknown**
Nonpriority Creditor's Name
**5190 Neil Rd., 210**                         **When was the debt incurred?** _____
**Reno, NV 89502**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify _____

---

Debtor 1 **Blake Jason Ferry**
Debtor 2 **Stephanie Kay Ferry**                                Case number (if known)    **26-11354**

**4.59**

| **Greater Nevada Credit Union** | Last 4 digits of account number | | | | $2,673,012.98 |

Nonpriority Creditor's Name
**c/o Wade Beavers**
**Fennemore Craig P.C.**
**9275 W. Russell Rd. Suite 240**
**Las Vegas, NV 89148**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Default Judgment**

---

**4.60**

| **Greater Nevada Credit Union** | Last 4 digits of account number | | | | $0.00 |

Nonpriority Creditor's Name
**Fennemore Craig, P.C.**
**c/o Anthony W. Austin / Wade Beavers**
**2394 E. Camelback Rd., Ste. 600**
**Phoenix, AZ 85016**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                                    Case number (if known)    **26-11354**

| 4.6 1 | **Greentech Renewables** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o NCS Credit**
**729 Miner Rd/**
**Cleveland, OH 44143**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 2 | **Gunnys Air Conditioning & Plumbing** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**2585 Portsmouth Creek Ave.**
**Henderson, NV 89052**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 3 | **Holcim Swr Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**4675 W. Teco Ave., Ste. 140**
**Las Vegas, NV 89118**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                                    Case number (if known)    **26-11354**

---

| 4.6 4 | **Home Depot Credit Services** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 9001030**
**Louisville, KY 40290**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 5 | **Hunter Parker LLC** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**3815 S. Jones Blvd. 1A**
**Las Vegas, NV 89103**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 6 | **IPFS Corporation** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**c/o Houston Specialty Ins. Co.**
**PO Box 412086**
**Kansas City, MO 64141**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                                    Case number (if known)   **26-11354**

| 4.6 7 | **Jonathan Alexandro Villalvazo Garcia** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**2967 W. Savers Ct.**
**Las Vegas, NV 89115**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.6 8 | **Jonathan Villalvazo Garcia** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**c/o Dept. of Bus. & Ind. OLC**
**3340 W. Sahara Ave.**
**Las Vegas, NV 89102**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.6 9 | **Jose L. Rodriguez Pino** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**740 Grande Ronda Ct.**
**Las Vegas, NV 89110**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                          Case number (if known)    **26-11354**

| 4.7 0 | | |
|---|---|---|

**Jose M. Lopez Avila**
Nonpriority Creditor's Name
**110 Breezy Shore Ave.**
**North Las Vegas, NV 89031**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.7 1 | | |
|---|---|---|

**Jose Rodriguez**
Nonpriority Creditor's Name
**c/o Dept. of Bus. & Ind. OLG**
**3340 W. Sahara Ave.**
**Las Vegas, NV 89102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.7 2 | | |
|---|---|---|

**Juan & Madrigal Mungia**
Nonpriority Creditor's Name
**4120 Arcola Ave.**
**Las Vegas, NV 89110**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Blake Jason Ferry**

Debtor 2  **Stephanie Kay Ferry**                                    Case number (if known)    **26-11354**

---

**4.73**

**Juan Lopez**                                    Last 4 digits of account number _____                    **Unknown**

Nonpriority Creditor's Name

**c/o Dept. of Bus. & Ind. OLC**                    **When was the debt incurred?**    _____

**3340 W. Sahara Ave.**

**Las Vegas, NV 89102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.                **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

■ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

☐ At least one of the debtors and another          ☐ Disputed

                                                   **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community**      ☐ Student loans

**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not

**Is the claim subject to offset?**                report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify _____

---

**4.74**

**Juan Madrigal**                                  Last 4 digits of account number _____                    **Unknown**

Nonpriority Creditor's Name

**c/o Dept. of Bus. & Ind. OLC**                    **When was the debt incurred?**    _____

**3340 W. Sahara Ave.**

**Las Vegas, NV 89102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.                **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

■ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

☐ At least one of the debtors and another          ☐ Disputed

                                                   **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community**      ☐ Student loans

**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not

**Is the claim subject to offset?**                report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify _____

---

**4.75**

**Kevin Bustamante Ruiz**                          Last 4 digits of account number _____                    **Unknown**

Nonpriority Creditor's Name

**9501 W. Sahara Ave., # 2261**                     **When was the debt incurred?**    _____

**Las Vegas, NV 89117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.                **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

■ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

☐ At least one of the debtors and another          ☐ Disputed

                                                   **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community**      ☐ Student loans

**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not

**Is the claim subject to offset?**                report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify _____

---

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                                 Case number (if known)   **26-11354**

| 4.76 | **Kevin Bustamante Ruiz** | **Last 4 digits of account number** _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Dept. of Bus. & Ind. OLC**
**3340 W. Sahara Ave.**
**Las Vegas, NV 89102**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.77 | **Kirton McConkie** | **Last 4 digits of account number** _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**50 E. South Temple 400**
**Salt Lake City, UT 84111**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.78 | **Las Vegas Valley Water District** | **Last 4 digits of account number** _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**1001 S. Valley View Blvd.**
**Las Vegas, NV 89153**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Blake Jason Ferry**

Debtor 2    **Stephanie Kay Ferry**                                                    Case number (if known)    **26-11354**

---

| 4.7 9 | **Law Offices of Buddy Ford** | **Last 4 digits of account number** _____ | **Unknown** _____ |

Nonpriority Creditor's Name

**9301 W Hillsborough Ave**
**Tampa, FL 33615**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guarantee on Attorney's fees** _____

---

| 4.8 0 | **Lei Doquisa** | **Last 4 digits of account number** _____ | **Unknown** _____ |

Nonpriority Creditor's Name

**c/o Dept. of Bus. & Ind. OLC**
**3340 W. Sahara Ave.**
**Las Vegas, NV 89102**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.8 1 | **Lei Momi Doquisa** | **Last 4 digits of account number** _____ | **Unknown** _____ |

Nonpriority Creditor's Name

**1317 Mensa Ave.**
**North Las Vegas, NV 89032**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1    **Blake Jason Ferry**
Debtor 2    **Stephanie Kay Ferry**                                    Case number (if known)    **26-11354**

| 4.8 2 | **Lincoln Automotive Fin** | Last 4 digits of account number | **3155** | **$84,624.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 542000**
**Omaha, NE 68154**

When was the debt incurred?    **Opened 07/23  Last Active 1/13/26**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                         ☐ Contingent

☐ Debtor 2 only                         ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only            ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**

**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                   ■ Other. Specify   **Automobile**

---

| 4.8 3 | **Litvak Law** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                         ☐ Contingent

☐ Debtor 2 only                         ☐ Unliquidated

■ Debtor 1 and Debtor 2 only            ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**

**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                   ■ Other. Specify _____

---

| 4.8 4 | **Main Electric Supply** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**3600 W. Segerstrom Ave.**
**Santa Ana, CA 92704**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                         ☐ Contingent

☐ Debtor 2 only                         ☐ Unliquidated

■ Debtor 1 and Debtor 2 only            ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community**    ☐ Student loans
**debt**

**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                   ■ Other. Specify _____

---

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**

Case number (if known)   **26-11354**

---

| 4.85 | |
|---|---|

**Marquiz Law Office**
Nonpriority Creditor's Name
**1533 Teramo St.**
**Henderson, NV 89052**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **Various**

**When was the debt incurred?**   **Various**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unpaid Legal Fees**

**Unknown**

---

| 4.86 | |
|---|---|

**Marsh McLennan Agency**
Nonpriority Creditor's Name
**PO Box 743097**
**Los Angeles, CA 90074**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

**Unknown**

---

| 4.87 | |
|---|---|

**Matt Heramb**
Nonpriority Creditor's Name
**c/o Dept. of Bus. & Ind. OLC**
**3340 W. Sahara Ave.**
**Las Vegas, NV 89102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

**Unknown**

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                    Case number (if known)   **26-11354**

| 4.8 8 | **Matthew R. Heramb** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**1751 NE 51st Court**
**Ocala, FL 34470**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.8 9 | **Navient** | Last 4 digits of account number | **$49,244.00** |

Nonpriority Creditor's Name
**123 Justinson Street**
**Wilmington, DE 19801**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Student Loan**

---

| 4.9 0 | **Nevada Attorney General** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**Workers Compensation Fraud Unit**
**1 State of Nevada Way 100**
**Las Vegas, NV 89119**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                                      Case number (if known)    **26-11354**

| 4.9 1 | | |
|---|---|---|

**Nevada Department of Taxation**
Nonpriority Creditor's Name
**Bankruptcy Section**
**555 E. Washington Ave., # 1300**
**Las Vegas, NV 89101**
Number Street City State Zip Code

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 2 | | |
|---|---|---|

**Nevada Dept. of Business and Industry**
Nonpriority Creditor's Name
**Office of Labor Commission**
**3340 W. Sahara Ave.**
**Las Vegas, NV 89102**
Number Street City State Zip Code

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 3 | | |
|---|---|---|

**Nevada DETER**
Nonpriority Creditor's Name
**Employment Security Division**
**Contributions Section**
**500 E. Third St.**
**Carson City, NV 89713-0030**
Number Street City State Zip Code

Last 4 digits of account number    **1300**                    **$41,727.63**

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Unpaid Taxes from business**

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                                     Case number (if known)  **26-11354**

| 4.9 4 | **Nevada State Contractors Board** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**8400 W. Sunset Rd. 150**
**Las Vegas, NV 89113**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 5 | **Norma F. Morales** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**110 Breezy Shore Ave.**
**North Las Vegas, NV 89031**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 6 | **Norma Morales** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**c/o Dept. of Bus. & Ind. OLC**
**3340 W. Sahara Ave.**
**Las Vegas, NV 89102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1 **Blake Jason Ferry**
Debtor 2 **Stephanie Kay Ferry**                                    Case number (if known)    **26-11354**

---

| 4.9 7 | **NV Energy** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**6226 W. Sahara Ave.**
**Las Vegas, NV 89146**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.9 8 | **Office of Finance** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**City of Los Angeles**
**200 N. Spring St., Room 101 City Hall**
**Los Angeles, CA 90012**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.9 9 | **Office of the U.S. Trustee** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**c/o Teresa M. Dorr**
**501 E. Polk Street, Suite 1200**
**Tampa, FL 33602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Ch 11 Guarantee**
**Case No.: 8:22-bk-01866-RCT**
**Middle District of Florida**

---

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                    Case number (if known)   **26-11354**

---

| 4.1 00 | **Open Sky** | Last 4 digits of account number | **2253** | **$5,750.54** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 660924**
**Dallas, TX 75266**                      **When was the debt incurred?**   **Date Opened: 10/17/2021 Last Used: 10/8/2025**

Number Street City State Zip Code

**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                            ☐ Contingent

☐ Debtor 2 only                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only               ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**     ☐ Student loans

**Is the claim subject to offset?**           ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ■ Other. Specify _____

---

| 4.1 01 | **Oscar A. Perez Rodriguez** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4182 San Cuervo Way**
**Las Vegas, NV 89115**                    **When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                            ☐ Contingent

☐ Debtor 2 only                            ☐ Unliquidated

■ Debtor 1 and Debtor 2 only               ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**     ☐ Student loans

**Is the claim subject to offset?**           ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ■ Other. Specify _____

---

| 4.1 02 | **Oscar Perez** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Dept of Bus. & Ind. OLC**
**3340 W. Sahara Ave.**
**Las Vegas, NV 89102**                    **When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only                            **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only               ☐ Contingent

☐ At least one of the debtors and another   ☐ Unliquidated

■ **Check if this claim is for a community debt**     ☐ Disputed

**Is the claim subject to offset?**           **Type of NONPRIORITY unsecured claim:**

■ No                                        ☐ Student loans

☐ Yes                                       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

                                            ■ Other. Specify _____

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**

Case number (if known)  **26-11354**

---

**4.103**

**Pho LLC**
Nonpriority Creditor's Name
**c/o Dean Banks**
**1242 Klee Court**
**Sunnyvale, CA 94087**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.104**

**Platte River Insurance Co.**
Nonpriority Creditor's Name
**c/o Andrea M. Champion**
**6600 Amelia Earhart Ct. Suite A**
**Las Vegas, NV 89119**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **675C**     **$65,000.00**

**When was the debt incurred?**  **Jan. 2026**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Default Judgment**

---

**4.105**

**Platte River Insurance Company**
Nonpriority Creditor's Name
**1600 Aspen Commons**
**Middleton, WI 53562**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1 **Blake Jason Ferry**
Debtor 2 **Stephanie Kay Ferry**                     Case number (if known)   **26-11354**

---

**4.1 06**

**Progressive**
Nonpriority Creditor's Name
**PO Box 6807**
**Cleveland, OH 44101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1 07**

**Radius Global Solutions LLC**
Nonpriority Creditor's Name
**c/o Wax Bank**
**9550 Regency Square Blvd. 410-F**
**Jacksonville, FL 32225**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1 08**

**Rahdert & Mortimer, PLLC**
Nonpriority Creditor's Name
**535 Central Ave. Ste. 200**
**Saint Petersburg, FL 33701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$155,721.13**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                              Case number (if known)   **26-11354**

| 4.1 09 | **Raibel Mosegui** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name
**c/o Dept. of Bus. & Ind. OLC**
**3340 W. Sahara Ave.**
**Las Vegas, NV 89102**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify _____

---

| 4.1 10 | **Raibel Mosegui Acosta** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name
**2255 E. Sunset Rd., # 1102**
**Las Vegas, NV 89119**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify _____

---

| 4.1 11 | **Ramon Angulo-Borboa** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name
**c/o Dept. of Bus. & Ind. OLC**
**3340 W. Sahara Ave.**
**Las Vegas, NV 89102**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify _____

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                    Case number (if known)    **26-11354**

| 4.1 12 | **Ramon Angulo-Borbon** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name
**3300 Danehurst Court**
**Las Vegas, NV 89108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 13 | **Rexel USA, Inc.** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name
**5429 Lyndon B. Johnson Freeway 600**
**Dallas, TX 75240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 14 | **Russell Kuch** | **Last 4 digits of account number** | **$30,000.00** |

Nonpriority Creditor's Name
**Audio Visual Advisors**
**6275 McLeod Dr**
**Las Vegas, NV 89120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 40 of 51

Debtor 1 **Blake Jason Ferry**
Debtor 2 **Stephanie Kay Ferry**

Case number (if known) **26-11354**

---

**4.1 15**

**Salvador Flores**
Nonpriority Creditor's Name
**c/o Dept. of Bus. & Ind.**
**3340 W. Sahara Ave.**
**Las Vegas, NV 89102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Unknown**

---

**4.1 16**

**Salvador Flores Rodriguez**
Nonpriority Creditor's Name
**2315 Ellie St., #D**
**North Las Vegas, NV 89030**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Unknown**

---

**4.1 17**

**Samson Funding**
Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Judgment**

**$95,000.00**

---

Debtor 1  **Blake Jason Ferry**

Debtor 2  **Stephanie Kay Ferry**                    Case number (if known)    **26-11354**

---

**4.1 18**

**Samson MCA LLC**
Nonpriority Creditor's Name
**17 State St., #620**
**New York, NY 10004**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.1 19**

**Self/ Atlantic Capital Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**901 E 6th Street, Suite 400**
**Austin, TX 78702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **3140**                    **$0.00**

**When was the debt incurred?** **Opened 12/20  Last Active 8/01/21**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Secured**

---

**4.1 20**

**Selfinc/lead**
Nonpriority Creditor's Name
**Self Financial, Inc., Attn: Bankruptcy**
**Po Box 11**
**Southlake, TX 76092**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **4182**                    **$0.00**

**When was the debt incurred?** **Opened 05/21  Last Active 5/01/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit Line Secured**

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                                          Case number (if known)    **26-11354**

| 4.1 21 | **Sergio Ortega** | Last 4 digits of account number | | **Unknown** |

**Sergio Ortega**
Nonpriority Creditor's Name
**4628 Kell Lane Apt. 6**
**Las Vegas, NV 89115**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 22 | **Sergio Ortego** | Last 4 digits of account number | | **Unknown** |

**Sergio Ortego**
Nonpriority Creditor's Name
**c/o Dept. of Bus. & Ind. OLC**
**3340 W. Sahara Ave.**
**Las Vegas, NV 89102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 23 | **Sloan Quarry, LLC** | Last 4 digits of account number | | **Unknown** |

**Sloan Quarry, LLC**
Nonpriority Creditor's Name
**Womble Bond Dickinson LLP**
**c/o Ogonna H. Brown, Esq.**
**3993 Howard Hughes Pkwy., Ste. 600**
**Las Vegas, NV 89169**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                              Case number (if known)   **26-11354**

| 4.1<br>24 | **Sonepar Mountain Holdings, LLC** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**d/b/a Codale Electric Supply**
**McNeill Von Maack**
**236 South 300 East**
**Salt Lake City, UT 84111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1<br>25 | **State of Nevada DMV** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**555 Wright Way**
**Carson City, NV 89711**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1<br>26 | **Steven Jones** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Christian Gabroy, Esq.**
**170 S. Green Valley Pkwy., #280**
**Henderson, NV 89012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                              Case number (if known)    **26-11354**

---

**4.1 27**

**Sunrise Banks**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**2525 Wabash Avenue**
**St. Paul, MN 55114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2476**

When was the debt incurred?    **Opened 12/20  Last Active 11/15/21**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Secured**

$0.00

---

**4.1 28**

**Synchrony Bank/Care Credit**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **5552**

When was the debt incurred?    **Opened  2/20/24  Last Active 9/10/24**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Charge Account**

$0.00

---

**4.1 29**

**Synchrony Bank/Sams**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965065**
**Orlando, FL 32896**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **5533**

When was the debt incurred?    **Opened 03/07  Last Active 04/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

$0.00

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                                    Case number (if known)    **26-11354**

| 4.1 30 | | |
|---|---|---|

**Synchrony/PayPal Credit**
Nonpriority Creditor's Name

Last 4 digits of account number    **7534**                                    **$0.00**

**Attn: Bankruptcy**
**Po Box 965064**
**Orlando, FL 32896**

When was the debt incurred?    **Opened  3/25/21  Last Active 5/02/25**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

| 4.1 31 | | |
|---|---|---|

**T&M Controls**
Nonpriority Creditor's Name

Last 4 digits of account number                                    **Unknown**

**2510 E. Sunset Rd. #5476**
**Las Vegas, NV 89120**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

| 4.1 32 | | |
|---|---|---|

**Terence O'Reilly**
Nonpriority Creditor's Name

Last 4 digits of account number                                    **Unknown**

**3825 W. Cheyenne Ave., #601**
**North Las Vegas, NV 89032**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**

Case number (if known)    **26-11354**

---

4.1
33

**Thomas Siefman**
Nonpriority Creditor's Name
**c/o Donna DiMaggio, Esq.**
**300 South 4th St., Ste. 805**
**Las Vegas, NV 89101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

4.1
34

**Transworld Systems Inc.**
Nonpriority Creditor's Name
**500 Virginia Dr., #514**
**Fort Washington, PA 19034**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

4.1
35

**Trench Shoring Company**
Nonpriority Creditor's Name
**206 N. Central Ave.**
**Compton, CA 90220**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**

Case number (if known)  **26-11354**

---

| 4.1 36 | | |
|---|---|---|

**Trenching Shoring Company**

Nonpriority Creditor's Name

**c/o Caine Weiner**
**PO Box 55848**
**Sherman Oaks, CA 91413**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Unknown**

---

| 4.1 37 | | |
|---|---|---|

**UL LLC**

Nonpriority Creditor's Name

**333 Pfington Road**
**Northbrook, IL 60062**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Unknown**

---

| 4.1 38 | | |
|---|---|---|

**Unifirst Corporation**

Nonpriority Creditor's Name

**Jude Cooper, Esq.**
**1 East Broward Blvd., #1800**
**Fort Lauderdale, FL 33301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Unknown**

---

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                        Case number (if known)   **26-11354**

| 4.1 39 | **UPS Supply Chain Sol** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Receivable Mgt. Serv.**
**4613 N.. University Dr., #552**
**Pompano Beach, FL 33067**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐■ Other. Specify _____

**Unknown**

---

| 4.1 40 | **US Small Business Administration** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Office of General Counsel**
**312 N. Spring St. 5th Floor**
**Los Angeles, CA 90012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐■ Other. Specify   **SBA Loans against business**

**$1,500,000.00**

---

| 4.1 41 | **US Trustee - LV - 7** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**300 Las Vegas Blvd., So. #4300**
**Las Vegas, NV 89101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐■ Other. Specify _____

**Unknown**

---

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                                    Case number (if known)  **26-11354**

| 4.1 42 | **Utah State Tax Commission** | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name
**Taxpayer Services Division**
**210 North 1950 West**
**Las Vegas, NV 89134**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 43 | **Valley Blueprint & Supply Co.** | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name
**4630 Arville St. A**
**Las Vegas, NV 89103**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 44 | **Volkswagen Credit, Inc** | **Last 4 digits of account number** | **1420** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**1401 Franklin Blvd.**
**Libertyville, IL 60048**

**When was the debt incurred?**  **Opened 08/15  Last Active 7/14/20**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Lease**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                                    Case number (if known)   **26-11354**

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **EZ Cashing**<br>**c/o David Neal Stern, Esq.**<br>**1875 N.W. Corporate Blvd.- Suite 100**<br>**Boca Raton, FL 33431** | Line **4.50** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **United States Attorney's Office**<br>**Attn: Civil Process Clerk**<br>**501 Las Vegas Blvd. South, Suite 1100**<br>**Las Vegas, NV 89101** | Line **4.140** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total Claim |
|---|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 175,000.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 175,000.00 |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | **Student loans** | 6f. | $ | 49,244.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 5,591,277.33 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 5,640,521.33 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Blake Jason Ferry** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Stephanie Kay Ferry** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | | |
| Case number | **26-11354** | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 _____<br>Name _____<br>Number   Street _____<br>City ____ State ____ ZIP Code ____ | |
| 2.2 _____<br>Name _____<br>Number   Street _____<br>City ____ State ____ ZIP Code ____ | |
| 2.3 _____<br>Name _____<br>Number   Street _____<br>City ____ State ____ ZIP Code ____ | |
| 2.4 _____<br>Name _____<br>Number   Street _____<br>City ____ State ____ ZIP Code ____ | |
| 2.5 _____<br>Name _____<br>Number   Street _____<br>City ____ State ____ ZIP Code ____ | |

**Fill in this information to identify your case:**

Debtor 1        **Blake Jason Ferry**
                First Name          Middle Name          Last Name

Debtor 2        **Stephanie Kay Ferry**
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:        DISTRICT OF NEVADA

Case number     **26-11354**
(if known)

■ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ■ Yes.

   In which community state or territory did you live?     __-NONE-__   . Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent
   Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 _____<br>　　Name<br><br>　　Number　　Street<br>　　City　　　　　State　　　　ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.2 _____<br>　　Name<br><br>　　Number　　Street<br>　　City　　　　　State　　　　ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

Debtor 1        **Blake Jason Ferry**

Debtor 2        **Stephanie Kay Ferry**
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number    **26-11354**
(If known)

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>■ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:        Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3.  +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4.  $ 0.00 | $ 0.00 |

Debtor 1 **Blake Jason Ferry**
Debtor 2 **Stephanie Kay Ferry**                                     Case number (*if known*) **26-11354**

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: **Suzanne Ferry (Mother) based on average** | 8h.+ | $ 7,000.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 7,000.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 7,000.00 + $ 0.00 = $ 7,000.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify:    11.    +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 7,000.00

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ■ Yes. Explain:    **Debtor's business crashed and family has been getting support from family for more than the last 6 months as needed. Living with family. Sold most assets trying to stay afloat. Hope to become re-employed.**

**Fill in this information to identify your case:**

Debtor 1          **Blake Jason Ferry**

Debtor 2          **Stephanie Kay Ferry**
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number    **26-11354**
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ☑ Yes. **Does Debtor 2 live in a separate household?**

        ☑ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and Debtor 2.    ☑ Yes.    Fill out this information for each dependent..............

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **16** | ☐ No  ☑ Yes |
| **Son** | **19** | ☐ No  ☑ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No  ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | **Your expenses** |
|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.  $ 0.00 |

If not included in line 4:

| | |
|---|---|
| 4a.    Real estate taxes | 4a.  $ 0.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b.  $ 0.00 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c.  $ 0.00 |
| 4d.    Homeowner's association or condominium dues | 4d.  $ 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5.  $ 0.00 |

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                    Case number (if known)   **26-11354**

6. **Utilities:**
   6a.   Electricity, heat, natural gas                                    6a.   $   0.00
   6b.   Water, sewer, garbage collection                                  6b.   $   0.00
   6c.   Telephone, cell phone, Internet, satellite, and cable services    6c.   $   345.00
   6d.   Other. Specify:                                                   6d.   $   0.00
7. **Food and housekeeping supplies**                                      7.   $   1,200.00
8. **Childcare and children's education costs**                            8.   $   0.00
9. **Clothing, laundry, and dry cleaning**                                 9.   $   300.00
10. **Personal care products and services**                               10.   $   200.00
11. **Medical and dental expenses**                                       11.   $   350.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                          12.   $   600.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** 13.   $   200.00
14. **Charitable contributions and religious donations**                  14.   $   0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.   Life insurance                                                  15a.   $   0.00
    15b.   Health insurance                                                15b.   $   0.00
    15c.   Vehicle insurance                                              15c.   $   350.00
    15d.   Other insurance. Specify:                                       15d.   $   0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                                               16.   $   0.00
17. **Installment or lease payments:**
    17a.   Car payments for Vehicle 1                                      17a.   $   2,300.00
    17b.   Car payments for Vehicle 2                                      17b.   $   1,200.00
    17c.   Other. Specify:                                                 17c.   $   0.00
    17d.   Other. Specify:                                                 17d.   $   0.00
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**   18.   $   0.00
19. **Other payments you make to support others who do not live with you.**          $   0.00
    Specify:                                                               19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
    20a.   Mortgages on other property                                    20a.   $   0.00
    20b.   Real estate taxes                                              20b.   $   0.00
    20c.   Property, homeowner's, or renter's insurance                   20c.   $   0.00
    20d.   Maintenance, repair, and upkeep expenses                       20d.   $   0.00
    20e.   Homeowner's association or condominium dues                    20e.   $   0.00
21. **Other:** Specify:                                                    21.   +$   0.00

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                                 $   7,045.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b.  The result is your monthly expenses.             $   7,045.00

23. **Calculate your monthly net income.**
    23a.   Copy line 12 *(your combined monthly income)* from Schedule I.   23a.   $   7,000.00
    23b.   Copy your monthly expenses from line 22c above.                  23b.   -$   7,045.00
    23c.   Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income*.                        23c.   $   -45.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.        Explain here:

Official Form 106J                    **Schedule J: Your Expenses**                    page 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Blake Jason Ferry** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Stephanie Kay Ferry** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | | |
| Case number | **26-11354** | | |
| (if known) | | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| X **/s/ Blake Jason Ferry** | X **/s/ Stephanie Kay Ferry** |
| **Blake Jason Ferry** | **Stephanie Kay Ferry** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **March 23, 2026** | Date **March 23, 2026** |

**Fill in this information to identify your case:**

Debtor 1        **Blake Jason Ferry**
                First Name                    Middle Name                    Last Name

Debtor 2        **Stephanie Kay Ferry**
(Spouse if, filing)    First Name            Middle Name                    Last Name

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number    **26-11354**
(if known)

■ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
| --- | --- |

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐ No
    ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
| --- | --- | --- | --- |
| **2600 Cervino Circle Henderson, NV 89052** | From-To: **4/2023 - 11/2025** | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☐ No
    ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
| --- | --- |

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ■ No
    ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |

| | |
|---|---|
| Debtor 1 **Blake Jason Ferry** | |
| Debtor 2 **Stephanie Kay Ferry** | Case number (*if known*) **26-11354** |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | $0.00 | **Family Contributions** | $20,000.00 |
| **For last calendar year:** **(January 1 to December 31, 2025 )** | | $0.00 | **Family Contributions** | $30,000.00 |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☑ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

**7.** **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

| Debtor 1 | **Blake Jason Ferry** | | |
|---|---|---|---|
| Debtor 2 | **Stephanie Kay Ferry** | Case number (*if known*) | **26-11354** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title / Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Turney Development LLC Vs. NP Sunset, Et. All and All Related Claims**<br>**A-25-915193B; A25-915293-C; A-25915296B;** | **A-25-915302B; A25-915306C Breach of Contract and Various Related Claims** | **DISTRICT COURT CLARK COUNTY, NEVADA 200 LEWIS AVENUE Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Consolidated Cases.** |
| **Greater Nevada Credit Union v. Blake ferry and Stephanie ferry**<br>**A-25-914833-C** | **Breach of Contract** | **DISTRICT COURT CLARK COUNTY, NEVADA 200 LEWIS AVENUE Las Vegas, NV 89155** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Default Judgment** |
| **Samson MCA LLC v. Blake Ferry et. al.**<br>**E2024017964** | **Breach of contract** | **Supremem Court of the State of New York County of Monroe 99 Exchange Blvd Rochester, NY 14614** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Default Judgment Entered** |
| **Terence O'Reilly v. Blake Ferry et al.**<br>**A-22-862576** | **Breach of Contract and other claims** | **DISTRICT COURT CLARK COUNTY, NEVADA 200 LEWIS AVENUE Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Byzfunder Ny Llc vs BLAKE FERRY, TIME SOLUTIONS, et al.**<br>**6225132024** | **CIVIL JUDGMENT** | **NASSAU SUPREME COURT - MINEOLA 100 Supreme Court Drive Mineola, NY 11501** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**174,849.00** |
| **Ahern Rentals Inc. v. Blake Ferry**<br>**A-20-819524-C** | **Breach of Contract and other Claims** | **DISTRICT COURT CLARK COUNTY, NEVADA 200 LEWIS AVENUE Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Blake Ferry v. 300 West Sahara LLC et al**<br>**A-21-845707-C** | **Breach of Contract and other claims** | **DISTRICT COURT CLARK COUNTY, NEVADA 200 LEWIS AVENUE Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                                    Case number (*if known*)   **26-11354**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Platte River Ins. Company v. Blake Ferry and Stephanie Ferry**<br>**A-24-907675-C** | **Breach of Contract and other claims** | **DISTRICT COURT CLARK COUNTY, NEVADA 200 LEWIS AVENUE Las Vegas, NV 89155** | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>**Default Judgment Entered** |
| **Bendernator LLC v. Blake Ferry, et. al.**<br>**A-25-915936-C** | **Breach of Contract** | **DISTRICT COURT CLARK COUNTY, NEVADA 200 LEWIS AVENUE Las Vegas, NV 89155** | ☑ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Recently Filed.** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ☑ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Samson Lending** | **Garnished Paypal Acct. which was ceased by Samson Lending**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **Sept/Oct. 2025** | **$500.00** |
| **Byz Funder**<br>**530 7th Ave floor m1,**<br>**New York, NY 10018** | **Lexicon Bank money taken**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **Sept/Oct. 2025** | **$212.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ☑ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ☑ No
    ☐ Yes

| Debtor 1 | **Blake Jason Ferry** | | |
|---|---|---|---|
| Debtor 2 | **Stephanie Kay Ferry** | Case number (*if known*) | **26-11354** |

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No

☐ Yes. Fill in the details for each gift.

| **Gifts with a total value of more than $600 per person**<br><br>**Person to Whom You Gave the Gift and Address:** | **Describe the gifts** | **Dates you gave the gifts** | **Value** |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No

☐ Yes. Fill in the details for each gift or contribution.

| **Gifts or contributions to charities that total more than $600**<br>**Charity's Name**<br>**Address** (Number, Street, City, State and ZIP Code) | **Describe what you contributed** | **Dates you contributed** | **Value** |
|---|---|---|---|

| **Part 6:** | **List Certain Losses** |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No

☐ Yes. Fill in the details.

| **Describe the property you lost and how the loss occurred** | **Describe any insurance coverage for the loss**<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | **Date of your loss** | **Value of property lost** |
|---|---|---|---|

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

■ Yes. Fill in the details.

| **Person Who Was Paid**<br>**Address**<br>**Email or website address**<br>**Person Who Made the Payment, if Not You** | **Description and value of any property transferred** | **Date payment or transfer was made** | **Amount of payment** |
|---|---|---|---|
| **Fox, Imes, and Crosby**<br>**601 S. 10th St.**<br>**Suite 202**<br>**Las Vegas, NV 89101**<br>**info@ficlegal.com** | **Attorney Fees** | | **$2,100.00** |
| **Cricket Debt Counseling**<br>**10121 Sunnyside Rd**<br>**Suite 300**<br>**Clackamas, OR 97015**<br>**www.cricketdebt.com** | **Credit Counseling Classes** | | **$44.00** |

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                                   Case number (*if known*)   **26-11354**

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Person's relationship to you** | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

    ■ No
    ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                                    Case number (*if known*)   **26-11354**

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---------|-------------------------------------------------------|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ **No**
   ☐ **Yes.  Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| Part 10: | Give Details About Environmental Information |
|----------|----------------------------------------------|

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

| Part 11: | Give Details About Your Business or Connections to Any Business |
|----------|----------------------------------------------------------------|

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

   ☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

   ☐ **A partner in a partnership**

   ☐ **An officer, director, or managing executive of a corporation**

   ☐ **An owner of at least 5% of the voting or equity securities of a corporation**

Debtor 1   **Blake Jason Ferry**
Debtor 2   **Stephanie Kay Ferry**                                    Case number (*if known*)   **26-11354**

☐   **No. None of the above applies.  Go to Part 12.**

☒   **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **T&M Controls Inc.**<br>**5865 S Valley View Blvd**<br>**Las Vegaw, NV 89118** | **Electrical Contractor**<br><br>**Brian Donnelly** | **EIN:**   **90-0262205**<br><br>**From-To**   **02/01/2007, 11/18/2024** |
| **Collective Industries LLC**<br>**5865 S. Valley View BVld**<br>**Las Vegas, NV 89118** | **IT Services**<br><br>**Brian Donnelly** | **EIN:**   **46-2216067**<br><br>**From-To**   **01/18/2015, 11/30/2024** |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒   **No**
☐   **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
|  |  |

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Blake Jason Ferry                                                 /s/ Stephanie Kay Ferry
**Blake Jason Ferry**                                                 **Stephanie Kay Ferry**
**Signature of Debtor 1**                                             **Signature of Debtor 2**

**Date**   **March 23, 2026**                              **Date**   **March 23, 2026**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Blake Jason Ferry** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Stephanie Kay Ferry** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number    **26-11354**
(if known)

■ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Volkswagen Credit, Inc**<br><br>Description of property securing debt: **2023 Audi S4 35000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Pay Direct** | ■ No<br><br>☐ Yes |
| Creditor's name: **VW CREDIT**<br><br>Description of property securing debt: **2023 Lincoln Navigator 54,000 miles**<br>**Vehicle:** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Try to work out agreement with VW** | ■ No<br><br>☐ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Debtor 1   **Blake Jason Ferry**

Debtor 2   **Stephanie Kay Ferry**                                                      Case number (*if known*)   **26-11354**

| | |
|---|---|
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |

| Part 3: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| | |
|---|---|
| **X**  **/s/ Blake Jason Ferry** | **X**  **/s/ Stephanie Kay Ferry** |
| **Blake Jason Ferry** | **Stephanie Kay Ferry** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date  **March 23, 2026** | Date  **March 23, 2026** |

| | | |
|---|---|---|
| Official Form 108 | **Statement of Intention for Individuals Filing Under Chapter 7** | page 2 |

<table>
<tr><td>

Fill in this information to identify your case:

Debtor 1    **Blake Jason Ferry**

Debtor 2    **Stephanie Kay Ferry**
(Spouse, if filing)

United States Bankruptcy Court for the:    District of Nevada

Case number    **26-11354**
(if known)

</td><td>

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

■ Check if this is an amended filing

</td></tr>
</table>

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income     **12/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| **Part 1:** | **Calculate Your Current Monthly Income** |
| --- | --- |

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
| --- | --- | --- |
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 355.80 | $ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3**.** | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | **Debtor 1** | | |
| --- | --- | --- | --- |
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00   Copy here -> | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | **Debtor 1** | | |
| --- | --- | --- | --- |
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00   Copy here -> | $ 0.00 | $ 0.00 |

| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| --- | --- | --- |

Debtor 1 **Blake Jason Ferry**
Debtor 2 **Stephanie Kay Ferry**                                      Case number (*if known*)  **26-11354**

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8. | **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you                                                    $  0.00

For your spouse                                        $  0.00

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.                      $  0.00          $  0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

| | Column A | Column B |
|---|---|---|
| . **Suzanne Ferry (Mother)** | $  8,762.28 | $  0.00 |
| | $  0.00 | $  0.00 |
| Total amounts from separate pages, if any.  + | $  0.00 | $  0.00 |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$  9,118.08    +  $  0.00    =  $  9,118.08

**Total current monthly income**

---

**Part 2:**    **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11          **Copy line 11 here=>**    $  9,118.08

Multiply by 12 (the number of months in a year)                                          **x  12**

12b. The result is your annual income for this part of the form                      12b.  $  **109,416.96**

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.          **NV**

Fill in the number of people in your household.          **4**

Fill in the median family income for your state and size of household.          13.  $  **111,184.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.  ■  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse*.
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2*.
Go to Part 3 and fill out Form 122A–2.

---

**Part 3:**    **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Blake Jason Ferry**                                    **X** **/s/ Stephanie Kay Ferry**
**Blake Jason Ferry**                                                **Stephanie Kay Ferry**

Debtor 1  **Blake Jason Ferry**
Debtor 2  **Stephanie Kay Ferry**                                                          Case number (*if known*)    **26-11354**

|   | Signature of Debtor 1 | | Signature of Debtor 2 |
| --- | --- | --- | --- |
| Date | **March 23, 2026** | Date | **March 23, 2026** |
|   | MM / DD  / YYYY | | MM / DD  / YYYY |

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| Debtor 1 | **Blake Jason Ferry** | | |
|---|---|---|---|
| Debtor 2 | **Stephanie Kay Ferry** | Case number (*if known*) | **26-11354** |

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**

Income for the Period **09/01/2025** to **02/28/2026**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Macceo 2wk Employment**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **09/2025** | **$0.00** |
| 5 Months Ago: | **10/2025** | **$0.00** |
| 4 Months Ago: | **11/2025** | **$0.00** |
| 3 Months Ago: | **12/2025** | **$2,134.82** |
| 2 Months Ago: | **01/2026** | **$0.00** |
| Last Month: | **02/2026** | **$0.00** |
| | Average per month: | **$355.80** |

**Line 10 - Income from all other sources**
Source of Income: **Suzanne Ferry (Mother)**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **09/2025** | **$12,249.00** |
| 5 Months Ago: | **10/2025** | **$15,000.00** |
| 4 Months Ago: | **11/2025** | **$1,120.00** |
| 3 Months Ago: | **12/2025** | **$4,254.00** |
| 2 Months Ago: | **01/2026** | **$12,450.00** |
| Last Month: | **02/2026** | **$7,500.67** |
| | Average per month: | **$8,762.28** |

B2030 (Form 2030) (12/25)

## United States Bankruptcy Court
### District of Nevada

In re  **Blake Jason Ferry**
    **Stephanie Kay Ferry**                                     Case No.   **26-11354**

                                           Debtor(s)              Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept                           $        **2,100.00**

        Prior to the filing of this statement I have received                $        **2,100.00**

        Balance Due                                            $        **0.00**

2.    $ **338.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

        ■ Debtor     ☐ Other (specify):

4.    The source of compensation to be paid to me is:

        ■ Debtor     ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [List other services that counsel has agreed to provide]
        **Exemption review and advice; Other matters included as "Basic Services" as laid out in the retainer agreement.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods; other matters not part of the "Basic Services" as laid out in the retainer agreement.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 23, 2026**                               **/s/ David M. Crosby**
*Date*                                           **David M. Crosby**
                                         *Signature of Attorney*
                                         **Fox, Imes, and Crosby**
                                         **601 S. 10th St.**
                                         **Suite 202**
                                         **Las Vegas, NV 89101**
                                       **(702) 382-1007  Fax: (702) 382-1921**
                                       **info@ficlegal.com**
                                       *Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re  **Blake Jason Ferry**
**Stephanie Kay Ferry**

Debtor(s)

Case No.  **26-11354**

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **March 23, 2026**

**/s/ Blake Jason Ferry**
**Blake Jason Ferry**
Signature of Debtor

Date:  **March 23, 2026**

**/s/ Stephanie Kay Ferry**
**Stephanie Kay Ferry**
Signature of Debtor

Blake Jason Ferry
Stephanie Kay Ferry
2510 East Sunset Rd.
Suite 5476
Las Vegas, NV 89120-3511

David M. Crosby
Fox, Imes, and Crosby
601 S. 10th St.
Suite 202
Las Vegas, NV 89101

Aargon Agency Inc
8668 Spring Mountain Rd
Las Vegas, NV 89117

Afinda Payroll
600 La Terraza Blvd. 277
Escondido, CA 92025

Aldridge Pite, LLP
3525 Piedmont Rd. 700
Atlanta, GA 30305

Ally Bank
PO Box 380901
Minneapolis, MN 55438

American Express
Acct No x6005
P.O. Box 981535
El Paso, TX 79998

American Express Travel Related Services
Acct No 3499931709354213
Attn: Bankruptcy
Po Box 981537
El Paso, TX 79998

Amex
Acct No 3499929504521513
CorrespondenceBankruptcy
Po Box 981535
El Paso, TX 79998

Amrize Southwest Inc.
Womble Bond Dickinson LLP
c/o Ogonna W. Brown, Esq.
3993 Howard Hughes Pkwy. #600
Las Vegas, NV 89169

Anixter Inc.
6180 S. Pearl St, D
Las Vegas, NV 89120

```
Austin Capital Bank
Acct No 85LBZBH944
Attn: Bankruptcy Dept
8100 Shoal Creek Blvd, Ste 100
Austin, TX 78757

Austin Capital Bank
Acct No 8A62657398
Attn: Bankruptcy Dept
8100 Shoal Creek Blvd, Ste 100
Austin, TX 78757

Austin Capital Bank
Acct No 8A93243439
Attn: Bankruptcy Dept
8100 Shoal Creek Blvd, Ste 100
Austin, TX 78757

Bank of America
Acct No 5524331362384799
Attn: Bankruptcy
P.O.Box 15019
Wilmington, DE 19886

Bank of America
Acct No 63010055755809
Attn: Bankruptcy
Nc4-105-03-14 Pob 26012
Greensboro, NC 27410

Barclays Bank Delaware
Acct No 000270681002433
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Bendernator, LLC
c/o Sagar Raich, Esq.
Raigh Law PLLC
2280 E. Pama Ln.
Las Vegas, NV 89119

Brian Bonar
600 La Terraza Blvd.
Escondido, CA 92025

BuilTech LLC
Nate Budde
425 N. Martingale Rd. 1050
Schaumburg, IL 60173

Byz Funder
530 7th Ave floor m1,
New York, NY 10018
```

California Department of Tax and Fee Adm
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

Cap Specialty
1600 Aspen Commons 300
Middleton, WI 53562

Capital Bank N.A.
Acct No 4621921007682253
2275 Research Blvd. Ste 600
Rockville, MD 20850

Capital Bank N.A.
Acct No 4621921007682261
2275 Research Blvd. Ste 600
Rockville, MD 20850

Capital Bank N.A.
Acct No 4621928002045360
2275 Research Blvd. Ste 600
Rockville, MD 20850

Capital One
Acct No xxxxxxxxxxxx6775
P.O. Box 71087
Charlotte, NC 28272

Capital One
P.O. Box 71087
Charlotte, NC 28272

Capital One
Acct No 5178059908466775
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Acct No 5156768242535485
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Acct No 517805901244902
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Card Services
Acct No 4246315367805577
Attn: Bankruptcy
Po Box 15299
Wilmington, DE 19850

Christian Angulo
4544 Viscante Ln
Las Vegas, NV 89130

Christian Angulo
c/o Dept. of Bus & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102

Christopher Andrew Creighton
2044 Glorieta Ln
Las Vegas, NV 89134

Christopher Creighton
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
NJ 08910-2000

City of Las Vegas
c/o Mayor Carolyn Goodman
495 South Main St.
Las Vegas, NV 89101

Codale Electric Supply, Inc.
5225 West 2400 South
Salt Lake City, UT 84120

Comenity Capital/smlegn
Acct No 5780979916415656
Attn: Bankruptcy
Po Box 183003
Columbus, OH 43218

Comenity Capital/smlegn
Acct No 5780979912658184
Attn: Bankruptcy
Po Box 183003
Columbus, OH 43218

Comenity/Alphaeon Visa
Acct No 7788402051771328
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Consolidated Elec Dist Inc.
c/o Peter Dubowsky, Esq.
300 S. Fourth St. 1020
Las Vegas, NV 89101

Consolidated Electrical Distributors Inc
c/o NCS Credit
729 Miner Rd
Cleveland, OH 44143-2117

Constar Financial Services LLC
10400 N. 25th Ave., Ste. 100
Phoenix, AZ 85021

Cox Communication
PO Box 53262
Phoenix, AZ 85072

Craig Marquiz

Cws/cw Nexus
Acct No 5425395202100434
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804

Daniel Quintero
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102

Delrada Group
600 La Terraza Blvd.
Escondido, CA 92025

Dental Quintero
461 Rista Way
Las Vegas, NV 89110

Discover card
Acct No 6011011232605858
Po Box 30939
Salt Lake City, UT 84130

EZ Cashing
c/o David Neal Stern, Esq.
1875 N.W. Corporate Blvd.- Suite 100
Boca Raton, FL 33431

EZ Cashing, LLC
110 Avis Ave
Lakewood, NJ 08701

FedEx
PO Box 371461
Pittsburgh, PA 15250

Folks Hess PLLC
Enterprise Bank & Trust
1850 N. Central Ave., 1140
Phoenix, AZ 85004

Ford Motor Credit
PO Box 35915
Cleveland, OH 44135

Forman Law Office
Theodore Forman
238 NE 1st Ave.
Delray Beach, FL 33444

Francisco Quintero
5351 Botanical Ave.
Las Vegas, NV 89110

Francisco Quintero Osuna
c/o Dept. of Bus. & Ind. LLC
3340 W. Sahara Ave.
Las Vegas, NV 89102

General Revenue Corporation
PO Box 49599
Cincinnati, OH 45249

Greater Commercial Lending
5190 Neil Rd., 210
Reno, NV 89502

Greater Nevada Credit Union
c/o Wade Beavers
Fennemore Craig P.C.
9275 W. Russell Rd. Suite 240
Las Vegas, NV 89148

Greater Nevada Credit Union
Fennemore Craig, P.C.
c/o Anthony W. Austin / Wade Beavers
2394 E. Camelback Rd., Ste. 600
Phoenix, AZ 85016

Greentech Renewables
c/o NCS Credit
729 Miner Rd/
Cleveland, OH 44143

Gunnys Air Conditioning & Plumbing
2585 Portsmouth Creek Ave.
Henderson, NV 89052

Holcim Swr Inc.
4675 W. Teco Ave., Ste. 140
Las Vegas, NV 89118

Home Depot Credit Services
PO Box 9001030
Louisville, KY 40290

Hunter Parker LLC
3815 S. Jones Blvd. 1A
Las Vegas, NV 89103

Internal Revenue Services
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

IPFS Corporation
c/o Houston Specialty Ins. Co.
PO Box 412086
Kansas City, MO 64141

Jonathan Alexandro Villalvazo Garcia
2967 W. Savers Ct.
Las Vegas, NV 89115

Jonathan Villalvazo Garcia
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102

Jose L. Rodriguez Pino
740 Grande Ronda Ct.
Las Vegas, NV 89110

Jose M. Lopez Avila
110 Breezy Shore Ave.
North Las Vegas, NV 89031

Jose Rodriguez
c/o Dept. of Bus. & Ind. OLG
3340 W. Sahara Ave.
Las Vegas, NV 89102

Juan & Madrigal Mungia
4120 Arcola Ave.
Las Vegas, NV 89110

Juan Lopez
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102

Juan Madrigal
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102

Kevin Bustamante Ruiz
9501 W. Sahara Ave., # 2261
Las Vegas, NV 89117

Kevin Bustamante Ruiz
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102

Kirton McConkie
50 E. South Temple 400
Salt Lake City, UT 84111

Las Vegas Valley Water District
1001 S. Valley View Blvd.
Las Vegas, NV 89153

Law Offices of Buddy Ford
9301 W Hillsborough Ave
Tampa, FL 33615

Lei Doquisa
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102

Lei Momi Doquisa
1317 Mensa Ave.
North Las Vegas, NV 89032

Lincoln Automotive Fin
Acct No 62423155
Attn: Bankruptcy
Po Box 542000
Omaha, NE 68154

Litvak Law

Main Electric Supply
3600 W. Segerstrom Ave.
Santa Ana, CA 92704

Marquiz Law Office
Acct No Various
1533 Teramo St.
Henderson, NV 89052

Marsh McLennan Agency
PO Box 743097
Los Angeles, CA 90074

Matt Heramb
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102

Matthew R. Heramb
1751 NE 51st Court
Ocala, FL 34470

Navient
123 Justinson Street
Wilmington, DE 19801

Nevada Attorney General
Workers Compensation Fraud Unit
1 State of Nevada Way 100
Las Vegas, NV 89119

Nevada Department of Taxation
1550 College Parkway
Suite 115
Carson City, NV 89706-7937

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., # 1300
Las Vegas, NV 89101

Nevada Dept. of Business and Industry
Office of Labor Commission
3340 W. Sahara Ave.
Las Vegas, NV 89102

Nevada DETER
Acct No 1300
Employment Security Division
Contributions Section
500 E. Third St.
Carson City, NV 89713-0030

Nevada State Contractors Board
8400 W. Sunset Rd. 150
Las Vegas, NV 89113

Norma F. Morales
110 Breezy Shore Ave.
North Las Vegas, NV 89031

Norma Morales
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102

NV Energy
6226 W. Sahara Ave.
Las Vegas, NV 89146

Office of Finance
City of Los Angeles
200 N. Spring St., Room 101 City Hall
Los Angeles, CA 90012

Office of the U.S. Trustee
c/o Teresa M. Dorr
501 E. Polk Street, Suite 1200
Tampa, FL 33602

Open Sky
Acct No xxxxxxxxxxxx2253
P.O. Box 660924
Dallas, TX 75266

Oscar A. Perez Rodriguez
4182 San Cuervo Way
Las Vegas, NV 89115

Oscar Perez
c/o Dept of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102

Pho LLC
c/o Dean Banks
1242 Klee Court
Sunnyvale, CA 94087

Platte River Insurance Co.
Acct No A-24-907675-C
c/o Andrea M. Champion
6600 Amelia Earhart Ct. Suite A
Las Vegas, NV 89119

Platte River Insurance Company
1600 Aspen Commons
Middleton, WI 53562

Progressive
PO Box 6807
Cleveland, OH 44101

Radius Global Solutions LLC
c/o Wax Bank
9550 Regency Square Blvd. 410-F
Jacksonville, FL 32225

Rahdert & Mortimer, PLLC
535 Central Ave. Ste. 200
Saint Petersburg, FL 33701

Raibel Mosegui
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102

Raibel Mosegui Acosta
2255 E. Sunset Rd., # 1102
Las Vegas, NV 89119

Ramon Angulo-Borboa
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102

Ramon Angulo-Borbon
3300 Danehurst Court
Las Vegas, NV 89108

Rexel USA, Inc.
5429 Lyndon B. Johnson Freeway 600
Dallas, TX 75240

Russell Kuch
Audio Visual Advisors
6275 McLeod Dr
Las Vegas, NV 89120

Salvador Flores
c/o Dept. of Bus. & Ind.
3340 W. Sahara Ave.
Las Vegas, NV 89102

Salvador Flores Rodriguez
2315 Ellie St., #D
North Las Vegas, NV 89030

Samson Funding

Samson MCA LLC
17 State St., #620
New York, NY 10004

Self/ Atlantic Capital Bank
Acct No 12193140
Attn: Bankruptcy
901 E 6th Street, Suite 400
Austin, TX 78702

Selfinc/lead
Acct No 829624182
Self Financial, Inc., Attn: Bankruptcy
Po Box 11
Southlake, TX 76092

Sergio Ortega
4628 Kell Lane Apt. 6
Las Vegas, NV 89115

Sergio Ortego
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102

Sloan Quarry, LLC
Womble Bond Dickinson LLP
c/o Ogonna H. Brown, Esq.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169

Sonepar Mountain Holdings, LLC
d/b/a Codale Electric Supply
McNeill Von Maack
236 South 300 East
Salt Lake City, UT 84111

State of Nevada DMV
555 Wright Way
Carson City, NV 89711

Steven Jones
c/o Christian Gabroy, Esq.
170 S. Green Valley Pkwy., #280
Henderson, NV 89012

Sunrise Banks
Acct No 17582476
Attn: Bankruptcy
2525 Wabash Avenue
St. Paul, MN 55114

Synchrony Bank/Care Credit
Acct No 6019183913075552
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams
Acct No 604599205533
Attn: Bankruptcy
Po Box 965065
Orlando, FL 32896

Synchrony/PayPal Credit
Acct No 6044191027687534
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896

T&M Controls
2510 E. Sunset Rd. #5476
Las Vegas, NV 89120

Terence O'Reilly
3825 W. Cheyenne Ave., #601
North Las Vegas, NV 89032

Thomas Siefman
c/o Donna DiMaggio, Esq.
300 South 4th St., Ste. 805
Las Vegas, NV 89101

Transworld Systems Inc.
500 Virginia Dr., #514
Fort Washington, PA 19034

Trench Shoring Company
206 N. Central Ave.
Compton, CA 90220

Trenching Shoring Company
c/o Caine Weiner
PO Box 55848
Sherman Oaks, CA 91413

UL LLC
333 Pfington Road
Northbrook, IL 60062

Unifirst Corporation
Jude Cooper, Esq.
1 East Broward Blvd., #1800
Fort Lauderdale, FL 33301

United States Attorney's Office
Attn: Civil Process Clerk
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101

UPS Supply Chain Sol
c/o Receivable Mgt. Serv.
4613 N.. University Dr., #552
Pompano Beach, FL 33067

US Small Business Administration
Office of General Counsel
312 N. Spring St. 5th Floor
Los Angeles, CA 90012

US Trustee - LV - 7
300 Las Vegas Blvd., So. #4300
Las Vegas, NV 89101

Utah State Tax Commission
Taxpayer Services Division
210 North 1950 West
Las Vegas, NV 89134

Valley Blueprint & Supply Co.
4630 Arville St. A
Las Vegas, NV 89103

Volkswagen Credit, Inc
Acct No 8144690846
Attn: Bankruptcy
1401 Franklin Blvd.
Libertyville, IL 60048

Volkswagen Credit, Inc
Acct No 893351420
Attn: Bankruptcy
1401 Franklin Blvd.
Libertyville, IL 60048

VW CREDIT
P.O. Box 3
Hillsboro, OR 97123