**FOX, IMES & CROSBY, LLC**
David M. Crosby, Esq.
Nevada Bar No.  3499
Troy S. Fox, Esq.
Nevada Bar No. 11127
601 S. Tenth St., Ste. 202
Las Vegas, NV 89101
info@FICLegal.com
(702) 382-1007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

Blake Jason Ferry

Stephanie Kay Ferry,

    Debtors.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 26-11354-MKN

CH: 13

Trustee:  Brian D. Shapiro

Hearing Date:  04/06/2026

Hearing Time:  9:00 a.m.

## NOTICE OF 341 MEETING

NOTICE IS HEREBY GIVEN that a 341 Meeting of Creditors in the above referenced case is scheduled to be heard on the 6th day of April 2026 at 9:00 a.m.

The hearing will be held at the date and time specified above, or as soon thereafter as counsel can be heard, by Zoom.  Meeting ID 742 574 1063, Passcode 3830372843 or call 1-725-237-2095.

NOTICE IS FURTHER GIVEN that the hearing on this matter may be continued from time to time without further notice.

Dated this 23rd  day of March, 2026.

Submitted by:

/s/ David M. Crosby, Esq.
David M. Crosby, Esq.
Attorney for Debtor

Fox, Imes & Crosby, LLC
601 S. 10th St., Las Vegas, NV 89101
Ph: (702) 382-1007 Fax (702) 382-1921

-1-

**CERTIFICATE OF MAILING**

The undersigned, an employee of CROSBY & FOX, LLC hereby certifies that on The 23rd day of March, 2026, I filed via Wiznet E-Service and deposited in the United States Mail, postage prepaid, a true and correct copy of the **Notice of Chapter 7 Bankruptcy Case** to the following parties listed on the attached mailing matrix.

*See attached.*

___/s/ Candy Khan_____
An Employee of Crosby & Fox, LLC

Fox, Imes & Crosby, LLC
601 S. 10th St., Las Vegas, NV 89101
Ph: (702) 382-1007 Fax (702) 382-1921

Label Matrix for local noticing
0978-2
Case 26-11354-mkn
District of Nevada
Las Vegas
Mon Mar 23 12:39:42 PDT 2026

Lincoln Automotive Financial Services, c/o A
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

VW Credit, Inc.
c/o Jeffrey G. Sloane, Esq.
510 South 8th Street
Las Vegas, NV 89101-7003

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

Aargon Agency Inc
8668 Spring Mountain Rd
Las Vegas, NV 89117-4132

Afinda Payroll
600 La Terraza Blvd. 277
Escondido, CA 92025-3873

Aldridge Pite, LLP
3525 Piedmont Rd. 700
Atlanta, GA 30305-1608

Ally Bank
PO Box 380901
Minneapolis, MN 55438-0901

American Express
Acct No x6005
P.O. Box 981535
El Paso, TX 79998-1535

American Express Travel Related Services
Acct No 3499931709354213
Attn: Bankruptcy
Po Box 981537
El Paso, TX 79998-1537

Amex
Acct No 3499929504521513
CorrespondenceBankruptcy
Po Box 981535
El Paso, TX 79998-1535

Amrize Southwest Inc.
Womble Bond Dickinson LLP
c/o Ogonna W. Brown, Esq.
3993 Howard Hughes Pkwy. #600
Las Vegas, NV 89169-5996

Anixter Inc.
6180 S. Pearl St, D
Las Vegas, NV 89120-6299

(p)AUSTIN CAPITAL BANK
ATTN DENAE REEVES
8100 SHOAL CREEK BLVD
SUITE 100
AUSTIN TX 78757-8041

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America
Acct No 63010055755809
Attn: Bankruptcy
Nc4-105-03-14 Pob 26012
Greensboro, NC 27410

Barclays Bank Delaware
Acct No 000270681002433
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

Bendernator, LLC
c/o Sagar Raich, Esq.
Raigh Law PLLC
2280 E. Pama Ln.
Las Vegas, NV 89119-4734

Brian Bonar
600 La Terraza Blvd.
Escondido, CA 92025-3873

BuilTech LLC
Nate Budde
425 N. Martingale Rd. 1050
Schaumburg, IL 60173-2284

(p)BYZFUNDER
ATTN BYZFUNDER NY LLC
530 7TH AVE FLOOR M1
NEW YORK NY 10018-4878

California Department of Tax and Fee Adm
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

Cap Specialty
1600 Aspen Commons 300
Middleton, WI 53562-4772

Capital Bank N.A.
Acct No 4621921007682253
2275 Research Blvd. Ste 600
Rockville, MD 20850-6238

Capital Bank N.A.
Acct No 4621921007682261
2275 Research Blvd. Ste 600
Rockville, MD 20850-6238

Capital Bank N.A.
Acct No 4621928002045360
2275 Research Blvd. Ste 600
Rockville, MD 20850-6238

Capital One
Acct No 5156768242535485
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Acct No 5178059012244902
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Acct No 5178059908466775
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Acct No xxxxxxxxxxxx6775
P.O. Box 71087
Charlotte, NC 28272-1087

Capital One
P.O. Box 71087
Charlotte, NC 28272-1087

Chase Card Services
Acct No 4246315367805577
Attn: Bankruptcy
Po Box 15299
Wilmington, DE 19850-5299

Christian Angulo
4544 Viscante Ln
Las Vegas, NV 89130

Christian Angulo
c/o Dept. of Bus & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102-6013

Christopher Andrew Creighton
2044 Glorieta Ln
Las Vegas, NV 89134-6233

Christopher Creighton
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
NJ 08910-2000

City of Las Vegas
c/o Mayor Carolyn Goodman
495 South Main St.
Las Vegas, NV 89101-2986

Codale Electric Supply, Inc.
5225 West 2400 South
Salt Lake City, UT 84120-1264

Comenity Capital/smlegn
Acct No 5780979912658184
Attn: Bankruptcy
Po Box 183003
Columbus, OH 43218-3003

Comenity Capital/smlegn
Acct No 5780979916415656
Attn: Bankruptcy
Po Box 183003
Columbus, OH 43218-3003

Comenity/Alphaeon Visa
Acct No 7788402051771328
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Consolidated Elec Dist Inc.
c/o Peter Dubowsky, Esq.
300 S. Fourth St. 1020
Las Vegas, NV 89101-6027

Consolidated Electrical Distributors Inc
c/o NCS Credit
729 Miner Rd
Cleveland, OH 44143-2117

(p)CONSTAR FINANCIAL SERVICES  LLC
10400 N 25TH AVENUE SUITE 100
PHOENIX AZ 85021-1610

Cox Communication
PO Box 53262
Phoenix, AZ 85072-3262

Cws/cw Nexus
Acct No 5425395202100434
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804-9001

Daniel Quintero
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102-6013

Delrada Group
600 La Terraza Blvd.
Escondido, CA 92025-3873

Dental Quintero
461 Rista Way
Las Vegas, NV 89110-3747

Discover card
Acct No 6011011232605858
Po Box 30939
Salt Lake City, UT 84130-0939

Discovercard
Acct No 6011011232605858
Po Box 30939
Salt Lake City, UT 84130-0939

EZ Cashing
c/o David Neal Stern, Esq.
1875 N.W. Corporate Blvd.- Suite 100
Boca Raton, FL 33431-8550

EZ Cashing, LLC
110 Avis Ave
Lakewood, NJ 08701-1103

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

Folks Hess PLLC
Enterprise Bank & Trust
1850 N. Central Ave., 1140
Phoenix, AZ 85004-4586

Ford Credit
P.O. Box 650574
Dallas, TX 75265-0574

Ford Motor Credit
PO Box 35915
Cleveland, OH 44135-0915

Forman Law Office
Theodore Forman
238 NE 1st Ave.
Delray Beach, FL 33444-3715

Francisco Quintero
5351 Botanical Ave.
Las Vegas, NV 89110-3746

Francisco Quintero Osuna
c/o Dept. of Bus. & Ind. LLC
3340 W. Sahara Ave.
Las Vegas, NV 89102-6013

General Revenue Corporation
PO Box 49599
Cincinnati, OH 45249

Greater Commercial Lending
5190 Neil Rd., 210
Reno, NV 89502-6509

Greater Nevada Credit Union
Fennemore Craig, P.C.
c/o Anthony W. Austin / Wade Beavers
2394 E. Camelback Rd., Ste. 600
Phoenix, AZ 85016-9077

Greater Nevada Credit Union
c/o Wade Beavers
Fennemore Craig P.C.
9275 W. Russell Rd. Suite 240
Las Vegas, NV 89148-1477

Greentech Renewables
c/o NCS Credit
729 Miner Rd/
Cleveland, OH 44143-2117

Gunnys Air Conditioning & Plumbing
2585 Portsmouth Creek Ave.
Henderson, NV 89052-7157

Holcim Swr Inc.
4675 W. Teco Ave., Ste. 140
Las Vegas, NV 89118-4364

Home Depot Credit Services
PO Box 9001030
Louisville, KY 40290-1030

Hunter Parker LLC
3815 S. Jones Blvd. 1A
Las Vegas, NV 89103-2289

IPFS Corporation
c/o Houston Specialty Ins. Co.
PO Box 412086
Kansas City, MO 64141-2086

Internal Revenue Services
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jonathan Alexandro Villalvazo Garcia
2967 W. Savers Ct.
Las Vegas, NV 89115-7444

Jonathan Villalvazo Garcia
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102-6013

Jose L. Rodriguez Pino
740 Grande Ronda Ct.
Las Vegas, NV 89110-2229

Jose M. Lopez Avila
110 Breezy Shore Ave.
North Las Vegas, NV 89031-7988

Jose Rodriguez
c/o Dept. of Bus. & Ind. OLG
3340 W. Sahara Ave.
Las Vegas, NV 89102-6013

Juan & Madrigal Mungia
4120 Arcola Ave.
Las Vegas, NV 89110-1254

Juan Lopez
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102-6013

Juan Madrigal
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102-6013

Kevin Bustamante Ruiz
9501 W. Sahara Ave., # 2261
Las Vegas, NV 89117-5336

Kevin Bustamante Ruiz
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102-6013

Kirton McConkie
50 E. South Temple 400
Salt Lake City, UT 84111-1023

Las Vegas Valley Water District
1001 S. Valley View Blvd.
Las Vegas, NV 89107-4447

Law Offices of Buddy Ford
9301 W Hillsborough Ave
Tampa, FL 33615-3008

Lei Doquisa
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102-6013

Lei Momi Doquisa
1317 Mensa Ave.
North Las Vegas, NV 89032-0759

Lincoln Automotive Fin
Acct No 62423155
Attn: Bankruptcy
Po Box 542000
Omaha, NE 68154-8000

Main Electric Supply
3600 W. Segerstrom Ave.
Santa Ana, CA 92704-6408

Marquiz Law Office
Acct No Various
1533 Teramo St.
Henderson, NV 89052-3136

Marsh McLennan Agency
PO Box 743097
Los Angeles, CA 90074-3097

Matt Heramb
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102-6013

Matthew R. Heramb
1751 NE 51st Court
Ocala, FL 34470-2195

NV Energy
6226 W. Sahara Ave.
Las Vegas, NV 89146-3060

Navient
123 Justinson Street
Wilmington, DE 19801-5363

Nevada Attorney General
Workers Compensation Fraud Unit
1 State of Nevada Way 100
Las Vegas, NV 89119-4357

Nevada DETER
Acct No 1300
Employment Security Division
Contributions Section
500 E. Third St.
Carson City, NV 89701-4772

Nevada Department of Taxation
1550 College Parkway
Suite 115
Carson City, NV 89706-7937

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., # 1300
Las Vegas, NV 89101-1046

Nevada Dept. of Business and Industry
Office of Labor Commission
3340 W. Sahara Ave.
Las Vegas, NV 89102-6013

Nevada State Contractors Board
8400 W. Sunset Rd. 150
Las Vegas, NV 89113-2386

Norma F. Morales
110 Breezy Shore Ave.
North Las Vegas, NV 89031-7988

Norma Morales
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102-6013

(p)OFFICE OF  FINANCE   CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

Office of the U.S. Trustee
c/o Teresa M. Dorr
501 E. Polk Street, Suite 1200
Tampa, FL 33602-3945

Open Sky
Acct No xxxxxxxxxxxxx2253
P.O. Box 660924
Dallas, TX 75266-0924

Oscar A. Perez Rodriguez
4182 San Cuervo Way
Las Vegas, NV 89115-3541

Oscar Perez
c/o Dept of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102-6013

Pho LLC
c/o Dean Banks
1242 Klee Court
Sunnyvale, CA 94087-2715

Platte River Insurance Co.
Acct No A-24-907675-C
c/o Andrea M. Champion
6600 Amelia Earhart Ct. Suite A
Las Vegas, NV 89119-3535

Platte River Insurance Company
1600 Aspen Commons
Middleton, WI 53562-4772

Progressive
PO Box 6807
Cleveland, OH 44101-1807

Radius Global Solutions LLC
c/o Wax Bank
9550 Regency Square Blvd. 410-F
Jacksonville, FL 32225-8169

Rahdert & Mortimer, PLLC
535 Central Ave. Ste. 200
Saint Petersburg, FL 33701-3703

Raibel Mosegui
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102-6013

Raibel Mosegui Acosta
2255 E. Sunset Rd., # 1102
Las Vegas, NV 89119-4950

Ramon Angulo-Borboa
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102-6013

Ramon Angulo-Borbon
3300 Danehurst Court
Las Vegas, NV 89108-4821

Rexel USA, Inc.
5429 Lyndon B. Johnson Freeway 600
Dallas, TX 75240-2611

Russell Kuch
Audio Visual Advisors
6275 McLeod Dr
Las Vegas, NV 89120-4400

Salvador Flores
c/o Dept. of Bus. & Ind.
3340 W. Sahara Ave.
Las Vegas, NV 89102-6013

Salvador Flores Rodriguez
2315 Ellie St., #D
North Las Vegas, NV 89030-6050

Samson MCA LLC
17 State St., #620
New York, NY 10004-1735

(p)SELF INC
PO BOX 11
SOUTHLAKE TX 76092-0011

Sergio Ortega
4628 Kell Lane Apt. 6
Las Vegas, NV 89115-6547

Sergio Ortego
c/o Dept. of Bus. & Ind. OLC
3340 W. Sahara Ave.
Las Vegas, NV 89102-6013

Sloan Quarry, LLC
Womble Bond Dickinson LLP
c/o Ogonna H. Brown, Esq.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169-5996

Sonepar Mountain Holdings, LLC
d/b/a Codale Electric Supply
McNeill Von Maack
236 South 300 East
Salt Lake City, UT 84111-2502

State of Nevada DMV
555 Wright Way
Carson City, NV 89711-0001

Steven Jones
c/o Christian Gabroy, Esq.
170 S. Green Valley Pkwy., #280
Henderson, NV 89012-3145

Sunrise Banks
Acct No 17582476
Attn: Bankruptcy
2525 Wabash Avenue
St. Paul, MN 55114-1020

Synchrony Bank/Care Credit
Acct No 6019183913075552
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams
Acct No 604599205533
Attn: Bankruptcy
Po Box 965065
Orlando, FL 32896-5065

Synchrony/PayPal Credit
Acct No 6044191027687534
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896-5064

T&M Controls
2510 E. Sunset Rd. #5476
Las Vegas, NV 89120-3511

Terence O'Reilly
3825 W. Cheyenne Ave., #601
North Las Vegas, NV 89032-3410

Thomas Siefman
c/o Donna DiMaggio, Esq.
300 South 4th St., Ste. 805
Las Vegas, NV 89101-6013

Transworld Systems Inc.
500 Virginia Dr., #514
Fort Washington, PA 19034-2733

(p)TRENCH SHORING COMPANY
206 N CENTRAL AVENUE
COMPTON CA 90220-1463

Trenching Shoring Company
c/o Caine Weiner
PO Box 55848
Sherman Oaks, CA 91413-0848

U.S. TRUSTEE - LV - 7
300 LAS VEGAS BOULEVARD, SO.
SUITE 4300
LAS VEGAS, NV 89101-5803

UL LLC
333 Pfington Road
Northbrook, IL 60062-2002

UPS Supply Chain Sol
c/o Receivable Mgt. Serv.
4613 N.. University Dr., #552
Pompano Beach, FL 33067-4602

(p)U S  SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

US Trustee - LV - 7
300 Las Vegas Blvd., So. #4300
Las Vegas, NV 89101-5803

Unifirst Corporation
Jude Cooper, Esq.
1 East Broward Blvd., #1800
Fort Lauderdale, FL 33301-1876

United States Attorney's Office
Attn: Civil Process Clerk
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101-6521

Utah State Tax Commission
Taxpayer Services Division
210 North 1950 West
Las Vegas, NV 89134

(p)VOLKSWAGEN CREDIT UNION
1401 FRANKLIN BLVD
LIBERTYVILLE IL 60048-4460

Valley Blueprint & Supply Co.
4630 Arville St. A
Las Vegas, NV 89103-5341

Volkswagen Credit, Inc
Acct No 8144690846
Attn: Bankruptcy
1401 Franklin Blvd.
Libertyville, IL 60048-4460

Volkswagen Credit, Inc
Acct No 893351420
Attn: Bankruptcy
1401 Franklin Blvd.
Libertyville, IL 60048-4460

DAVID M. CROSBY
FOX, IMES AND CROSBY, LLC
601 S. 10TH ST.
SUITE 202
LAS VEGAS, NV 89101-7027

BLAKE JASON FERRY
2510 EAST SUNSET RD.
SUITE 5476
LAS VEGAS, NV 89120-3511

STEPHANIE KAY FERRY
2510 EAST SUNSET RD.
SUITE 5476
LAS VEGAS, NV 89120-3511

BRIAN D. SHAPIRO
BRIAN D. SHAPIRO, TRUSTEE
9750 WEST SKYE CANYON PARK DRIVE
SUITE 160-174
LAS VEGAS, NV 89166-6623

(p)TROY FOX
601 S 10TH ST SUITE 202
LAS VEGAS NV 89101-7027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Austin Capital Bank
Acct No 85LBZBH944
Attn: Bankruptcy Dept
8100 Shoal Creek Blvd, Ste 100
Austin, TX 78757

Bank of America
Acct No 5524331362384799
Attn: Bankruptcy
P.O.Box 15019
Wilmington, DE 19886

Office of Finance
City of Los Angeles
200 N. Spring St., Room 101 City Hall
Los Angeles, CA 90012

Trench Shoring Company
206 N. Central Ave.
Compton, CA 90220

(d)Austin Capital Bank
Acct No 8A62657398
Attn: Bankruptcy Dept
8100 Shoal Creek Blvd, Ste 100
Austin, TX 78757

Byz Funder
530 7th Ave floor ml,
New York, NY 10018

Self/ Atlantic Capital Bank
Acct No 12193140
Attn: Bankruptcy
901 E 6th Street, Suite 400
Austin, TX 78702

US Small Business Administration
Office of General Counsel
312 N. Spring St. 5th Floor
Los Angeles, CA 90012

(d)Austin Capital Bank
Acct No 8A93243439
Attn: Bankruptcy Dept
8100 Shoal Creek Blvd, Ste 100
Austin, TX 78757

Constar Financial Services LLC
10400 N. 25th Ave., Ste. 100
Phoenix, AZ 85021

(d)Selfinc/lead
Acct No 829624182
Self Financial, Inc., Attn: Bankruptcy
Po Box 11
Southlake, TX 76092

VW CREDIT
P.O. Box 3
Hillsboro, OR 97123

TROY S. FOX
FOX, IMES AND CROSBY, LLC
601 S. 10TH ST.
SUITE 202
LAS VEGAS, NV 89101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America

(u)Ben's Law

(u)Craig Marquiz

(u)IRS

(u)Litvak Law

(u)Nevada State Sales Tax

(u)Open Sky

(u)SBA Loan

(u)Samson Funding

End of Label Matrix
Mailable recipients   155
Bypassed recipients     9
Total                 164