

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 23, 2026

**The Sloane/Tygret Law Group**
Jeffrey G. Sloane, Esq.
Nevada Bar No. 784
Rachel S. Tygret, Esq.
Nevada Bar No. 14120
510 South 8th Street
Las Vegas, Nevada 89101
Main: (725) 238-6011
Direct (702) 269-8570
Email: jeff@jsloanelaw.com
Email: rachel@jsloanelaw.com
Attorneys for Creditor
VW Credit, Inc.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| In Re:<br><br>Blake Jason Ferry<br><br>Stephanie Kay Ferry<br><br>         Debtors | In Proceedings Under Chapter 7<br><br>BK- 26-11354-mkn<br><br>Trustee: Brian D. Shapiro<br><br>Date: April 22, 2026<br>Time:1:30 p.m. |

## <u>ORDER GRANTING MOTION FOR RELIEF FROM STAY</u>

     Creditor, VW Credit, Inc.'s Motion For Relief From Stay having come before this court on April 22, 2026; VW Credit, Inc., appearing by and through its attorney, Jeffrey G. Sloane, Esq., of The Sloane/Tygret Law Group; Blake Jason Ferry and Stephanie Kay Ferry ("Debtors"), having failed to appear, although duly noticed; and, for good cause appearing,

     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the automatic stay

THE SLOANE/TYGRET LAW GROUP
510 South 8th Street
Las Vegas, Nevada 89101
(725) 238-6011

afforded the Debtors pursuant to 11 U.S.C. Section 362 is hereby terminated as to the 2023 AUDI S4, VIN: WAUB4AF48PA084549;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the fourteen (14) day stay imposed under Bankruptcy Rule 4001(a)(3) is waived; and

**IT IS SO ORDERED.**

DATED: April 22, 2026.

BY: /s/ Jeffrey G. Sloane, Esq.
Jeffrey G. Sloane, Esq.
Nevada Bar No. 784
510 South 8th Street
Las Vegas, Nevada 89101
Telephone: (725) 238-6011
jeff@jsloanelaw.Com
Attorneys For Creditor
VW Credit, Inc.

THE SLOANE/TYGRET LAW GROUP
510 South 8th Street
Las Vegas, Nevada 89101
(725) 238-6011

THE SLOANE/TYGRET LAW GROUP
510 South 8th Street
Las Vegas, Nevada 89101
(725) 238-6011

## **ALTERNATIVE METHOD re: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Counsel appearing:

    Unrepresented parties appearing:

    Trustee:

_X_ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:

_/s/ Jeffrey G. Sloane, Esq._____.
Jeffrey G. Sloane, Esq.
Nevada Bar No. 784
510 South 8th Street
Las Vegas, Nevada 89101
Telephone: (725) 238-6011
jeff@jsloanelaw.com
Attorneys For Creditor
VW Credit, Inc.

### # # #